64 A.3d 621

**Thomas M. BOLICK, Appellant**

v.

**PENNSYLVANIA STATE POLICE, Appellee.**

Supreme Court of Pennsylvania.

March 25, 2013.

.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of March, 2013, the order of the Commonwealth Court is **AFFIRMED.**